IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ELAINE CHAO, Secretary of Labor,** United States Department of Labor, | ) ) ) | **CASE NO. 8:08CV150** |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER AND JUDGMENT** |
| **ZTA, INC. d/b/a KING KONG RESTAURANT; 13TH STREET KING KONG, LLC d/b/a KING KONG RESTAURANT; N.Z.T. INC., d/b/a KING KONG RESTAURANT; LINCOLN KING KONG, LLC d/b/a KING KONG RESTAURANT; and NICK TRIANTAFILLOU,** | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

In its Order of July 28, 2008, the Court granted the Plaintiff's Motion for Entry of Injunction and instructed the parties to file appropriate notification if any issues remaining for the Court's resolution (Filing No. 7). No additional pleadings, motions or notifications have been filed by either party in this matter.

Therefore, pursuant to the Court's July 28, 2008, Order, judgment is hereby entered in favor of the Plaintiff according to the terms of the stipulated injunction executed by the Court and filed with the Clerk of the Court (Filing No. 8).

FURTHERMORE, IT IS ORDERED that the Clerk of the Court shall mail a copy of this Order to the named Defendants in addition to Attorney Jerry L. Pigsley, as Mr. Pigsley's only entry of appearance in this matter is his undated signature on the stipulated Injunction.

DATED this 8th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge